# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FATPIPE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-0182-LPS-CJB |
| | ) | |
| VIPTELA INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SCHEDULING ADR TELECONFERENCE

At Wilmington this 13th day of December, 2016.

IT IS ORDERED that a teleconference has been scheduled for **Monday, March 20, 2017, at 11:15 a.m.** with Magistrate Judge Burke to discuss alternative dispute resolutions ("ADR") in this case. Counsel for Plaintiff shall initiate the teleconference call to 302-573-4595.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE