**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FATPIPE, INC., | ) |
|        Plaintiff-Counterdefendant, | )<br>)<br>) C.A. No. 16-182-LPS |
| v. | ) |
| VIPTELA, INC., | )<br>) |
|        Defendant-Counterclaimant. | ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. 41(a)(1), the parties Plaintiff FatPipe, Inc. ("FatPipe") and Defendant Viptela, Inc.("Viptela) by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree that all claims in FatPipe's Complaint and all claims and counter-claims in Viptela's Answer are dismissed WITH PREJUDICE, and without the right of appeal. Each party shall bear its own costs and fees.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Plaintiff FatPipe, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Rodger D. Smith II*
    Rodger D. Smith II (#3778)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Tel: (302) 658-9200
    rsmith@mnat.com

*Attorneys for Defendant Viptela, Inc*

       IT IS SO ORDERED this ___ day of _____, 2018.

                                                _____
                                                United States District Judge

5844107/43214